

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DAYLE ELIESON
United States Attorney
District of Nevada
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6059

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NAM VIET NGUYEN, and <br> JOSELYNN VIRAY GAN, <br><br> Defendants. | **SEALED** <br> **CRIMINAL INDICTMENT** <br><br> Case No.: 2:18-cr- 291 <br><br> **VIOLATIONS:** <br><br> 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(C) – Conspiracy to Distribute a Controlled Substance (Methamphetamine and Heroin) <br><br> 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Distribution of a Controlled Substance (Methamphetamine) <br><br> 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Distribution of a Controlled Substance (Heroin) <br><br> 18 U.S.C. § 2 – Aiding and Abetting. |

**THE GRAND JURY CHARGES THAT:**

<strong>COUNT ONE</strong><br>(Conspiracy to Distribute Methamphetamine and Heroin)

Beginning from a time unknown, and continuing up to and including July 6, 2018, in the State and Federal District of Nevada,

**NAM VIET NGUYEN, aka "Chino," and
JOSELYNN VIRAY GAN,**

defendants herein, and others known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate and agree with individuals known and unknown to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii); and to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

## COUNT TWO
(Distribution of a Controlled Substance)

On or about February 16, 2017, in the State and Federal District of Nevada,

**NAM VIET NGUYEN, aka "Chino,"**

defendant herein, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT THREE
(Distribution of a Controlled Substance)

On or about March 1, 2017, in the State and Federal District of Nevada,

**NAM VIET NGUYEN, aka "Chino," and
JOSELYNN VIRAY GAN,**

2

defendants herein, aiding and abetting one another, knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR
(Distribution of a Controlled Substance)

On or about March 16, 2017, in the State and Federal District of Nevada,

**NAM VIET NGUYEN, aka "Chino," and
JOSELYNN VIRAY GAN,**

defendants herein, aiding and abetting one another, knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE
(Distribution of a Controlled Substance)

On or about March 22, 2017, in the State and Federal District of Nevada,

**NAM VIET NGUYEN, aka "Chino,"**

defendant herein, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

3

## COUNT SIX
(Distribution of a Controlled Substance)

On or about May 5, 2017, in the State and Federal District of Nevada,

**NAM VIET NGUYEN, aka "Chino,"**

defendant herein, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT SEVEN
(Distribution of a Controlled Substance)

On or about April 23, 2018, in the State and Federal District of Nevada,

**NAM VIET NGUYEN, aka "Chino," and**
**JOSELYNN VIRAY GAN,**

defendants herein, aiding and abetting one another, knowingly and intentionally distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT EIGHT
(Distribution of a Controlled Substance)

On or about July 6, 2018, in the State and Federal District of Nevada,

**JOSELYNN VIRAY GAN,**

defendant herein, knowingly and intentionally distributed 50 grams or more of

actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**DATED:** this 19th day of September 2018.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DAYLE ELIESON
United States Attorney

LINDA MOTT
Assistant United States Attorney

5