UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE **December 15, 2016** TERM. **16-02** | **MINUTES OF COURT** DATE: September 19, 2018 @ 1:08 PM – 1:10 PM |
|---|---|

PRESENT:   The Honorable   Cam Ferenbach   , U.S. Magistrate Judge.

DEPUTY CLERK:   Araceli Bareng      REPORTER:   Phyllis Anderson

UNITED STATES ATTORNEY:   Jared Grimmer   COURTROOM:   3D

A roll call of the Grand Jury is taken with **18** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **6** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrant issue where indicated.

| | | |
|---|---|---|
| 2:18-cr-290 | 2 SEALED DEFENDANTS | 2 WARRANTS |
| 2:18-cr-291 | 2 SEALED DEFENDANTS | 2 WARRANTS |
| 2:18-cr-292 | 1 SEALED DEFENDANT | WARRANT |
| 2:18-cr-293 | 1 SEALED DEFENDANT | WARRANT |
| 2:18-cr-294 | 6 SEALED DEFENDANTS | 6 WARRANTS |
| 2:18-cr-295 | 1 SEALED DEFENDANT | WARRANT |
| 2:18-cr-296 | PABLO GUZMAN-HERNANDEZ Aka: CHRISTIAN HERNANDEZ | WARRANT |
| 2:18-cr-297 | GERALDO MAYA-GONZALES | WARRANT |
| 2:18-cr-298 | SOMXAY SOYINTHISANE | WARRANT |

The Arraignment and Plea will be held at the time of the Initial Appearance.

DEBRA KEMPI, Clerk
United States District Court

/S/ Araceli Bareng

Deputy Clerk