Law Offices of Shawn R. Perez
**SHAWN R. PEREZ, ESQ**.
NV State Bar No. 10421
7121 West Craig Rd, #113-38
Las Vegas, NV 89129
(702) 485-3977
(702)442-7095
shawn711@msn.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00291-JAD-BNW |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE** |
| vs. | (Firt Request) |
| NAM VIET NGUYEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between The United States of America, through Christopher Chiou, Acting United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Shawn R. Perez, Esq., counsel for Nam Viet Nguyen, that the sentencing currently scheduled for December 13, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than 30 days past the date originally set for sentencing.

This stipulation is entered into for the following reasons:

1. The Defendant is in custody and does not object to the continuance.
2. The parties agree to the continuance.
3. The presentence interview was originally scheduled for September 24, 2021 with USPO Erica Strome. Unfortunately due to an unforseen family emergency, Ms. Strome had to travel to Kansas and will not return until October 11, 2021. The report is currently due on

1

Case 2:18-cr-00291-JAD-BNW    Document 62    Filed 09/27/21    Page 2 of 4

October 21, 2021.

4. This request is being made to accommodate Ms. Strome's family emergency and to allow her ample time to complete her investigation and report.

5. The additional time requested herein is not sought for purposes of delay, but merely to accommodate all parties by allowing the investigation and preparation of the report to be done more thoroughly. Denial of this request could result in the miscarriage of justice.

6. This is the first stipulation to continue the date set for sentencing.

DATED this 24th day of September, 2021.

*/s/ Shawn R. Perez, Esq.*  
SHAWN R. PEREZ, ESQ.  
Counsel for Defendant,  
Nam Viet Nguyen

Christopher Chiou  
Acting United States Attorney

By: */s/ Shaheen Torgoley*  
SHAHEEN TORGOLEY  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | Case No.:  2:18-cr-00291-JAD-PAL |
|---|---|
| Plaintiff, | |
| vs. | |
| NAM VIET NGUYEN, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant is in custody and does not object to the continuance.

2. The parties agree to the continuance.

3. The presentence interview was originally scheduled for September 24, 2021 with USPO Erica Strome.  Unfortunately due to an unforseen family emergency, Ms. Strome had to travel to Kansas and will not return until October 11, 2021.  The report is currently due on October 21, 2021.

4. This request is being made to accommodate Ms. Strome's family emergency and to allow her ample time to complete her investigation and report.

5. The additional time requested herein is not sought for purposes of delay, but merely to accommodate all parties by allowing the investigation and preparation of the report to be done more thoroughly. Denial of this request could result in the miscarriage of justice.

6. This is the first stipulation to continue the date set for sentencing.

///

///

///

///

3

**ORDER**

IT IS THEREFORE ORDERED, that the Sentencing Hearing set for December 13, 2021 be vacated and reset to January 31, 2022, at 11:00 a.m.

IT IS SO ORDERED this 27th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE